COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR REHEARING

Appellate case name:        Rose Patricia Ann Shields, Oscar Urbina, and Arnold Shields, Individually, d/b/a Galveston Service Company, d/b/a Blu Shields Construction v. Commercial State Bank, Douglas Faver, Suzanne Hubbard, Daniel Jurgena, Roxanne Tomolialo, Joseph Cox, Thomas Walsh and Gina F. Dominique

Appellate case number:      01-16-00643-CV

Trial court case number:    2015-06750

Trial court:                129th District Court of Harris County


This Court's March 7, 2017 Memorandum Order had dismissed Blu Shields Construction, LLC, as an appellant in this appeal for want of prosecution because appellants had failed to retain counsel for the corporation.  On October 16, 2017, appellants filed a motion for rehearing of this Memorandum Order because they have recently retained counsel for appellants and filed an amended brief.  Thus, appellants request withdrawal of the Memorandum Order and reinstatement of Blu Shields Construction, LLC, as an appellant.  The Clerk of this Court requested a response on October 20, 2017.  *See* TEX. R. APP. P. 49.2.  On October 27, 2017, appellees filed responses, stating that they do not oppose reinstatement, and second extension requests to file their briefs by November 27, 2017.  The Clerk of this Court granted the extensions.


Accordingly, the Court **grants** appellants' motion for rehearing, **withdraws** our March 7, 2017 Memorandum Order, and **reinstates** Blu Shields Construction, LLC, as an appellant.  *See* TEX. R. APP. P. 43.6, 44.3, 49.2.  The Clerk of this Court is **directed** to add Blu Shields Construction, LLC, as an appellant.  Finally, appellees' briefs, if any, remain due by **November 27, 2017**.  *See id.* 38.6(b), (d).

It is so ORDERED.

Judge's signature: /s/ Laura C. Higley

                  ☑ Acting for the Court

Panel consists of: Justices Jennings, Higley, and Massengale.

Date: November 2, 2017